**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-2318**

---

SAKIMA IBAN EL BEY, a/k/a Sakima Bey, a/k/a Sakima Iban
Salih El Bey, a/k/a Francis Marion Savall,

                Plaintiff - Appellant,

      v.

MARGARET SEYMOUR, Senior Judge; BEATTIE B. ASHMORE; L. WALTER
TOLLISON,

                Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Solomon Blatt, Jr., Senior
District Judge. (3:14-cv-02858-SB)

---

Submitted: February 12, 2015      Decided: February 18, 2015

---

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sakima Iban Salih El Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sakima Iban El Bey appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint in which he seeks the return of real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El Bey v. Seymour, No. 3:14-cv-02858-SB (D.S.C. Nov. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2